UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

ROBERT WINNER, et al.,          CONSENT ORDER GRANTING
     Plaintiffs,                     SUBSTITUTION OF ATTORNEY
V.

                                         CASE NUMBER: 1:20-cv-03420-ELH

KELCO FEDERAL CREDIT UNION
     Defendant,

Notice is hereby given that, subject to approval by the court, KELCO FEDERAL CREDIT UNION substitutes RAMON ROZAS III, ESQ., Trial Bar No. 25481 as counsel of record in place of T. LEE BEEMAN, ESQ.

Contact information for new counsel is as follows:

Firm Name:    ROZAS LAW OFFICE, LLC

Address:       103 S. Centre Street, Cumberland, MD 21502

Telephone:    301-759-1304      Facsimile (301) 759-4063

E-Mail:        rrozas@rozaslawoffice.com

I consent to the above substitution:

Date: 1/25/21                                 _____
                                                          (Signature of Party(s))

I consent to being substituted.

Date: 1/25/21                                 _____
                                                        (Signature of Former Attorney(s))

I consent to the above substitution:

Date: 1/25/21                                 _____

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                _____
                                                             Judge