## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

ROBERT WINNER, ET AL.,

      Plaintiffs,

v.                                                    CASE NO.: 1:20-CV-03420-ELH

KELCO FEDERAL CREDIT UNION,

      Defendant.

*Approved*

A. David Copperthite 4/27/21
United States Magistrate Judge

### MOTION TO STRIKE APPEARANCE OF COUNSEL

Kelco Federal Credit Union, Defendant, by and through its counsel, T. Lee Beeman, Jr., Buckel, Levasseur, Pillai & Beeman, LLC, Ramon Rozas, III., Esq., and Rozas Law Office, LLC., hereby moves this Court to strike the appearance of Defendant's counsel, T. Lee Beeman, Jr. Esq., and Buckel, Levasseur, Pillai and Beeman, LLC., and in support therefore states the following:

    1.    On January 25, 2021, Defendant filed with the Court a Consent Order granting Substitution of Attorney [ECF008].

    2.    By said Consent Order granting Substitution of Attorney, Defendant's party representative, Gil Frankenberry; T. Lee Beeman, Jr.; and Ramon Rozas, III, consented to the substitution of Ramon Rozas, III., for T. Lee Beeman, Jr. The Order was not signed by a judge.

    3.    Since the time of the substitution of counsel, Mr. Beeman has had no involvement in this case and pending matters. Defendants have been represented by Ramon Rozas, III and Rozas Law Office, LLC.

4.   Plaintiffs, through counsel, consent to striking the appearance of T. Lee Beeman Jr., and Buckel, Levasseur, Pillai & Beeman, LLC.

**WHEREFORE**, Defendant seeks to strike the appearance of T. Lee Beeman, Jr., and Buckel, Levasseur, Pillai and Beeman, LLC., as counsel of record for Defendant, effective January 25, 2021.

Respectfully submitted,

/ s /
T. Lee Beeman, Jr., Bar Number: 19613
Buckel, Levasseur,
Pillai & Beeman, LLC
206 Washington, Street
Cumberland, Maryland 21502
Tel: (301) 759-3700
Email: lbeeman@blpblaw.com
*Co-Counsel for Defendant*

Respectfully submitted,

/ s /
Ramon Rozas, III,
Bar Number: 25481
Rozas Law Office, LLC
103 S. Centre Street
Cumberland, Maryland 21502
Tel: (301) 759-1304
Email: rrozas@rozaslawoffice.com
*Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2021, a true and correct copy of the foregoing was served by e-mail on the following:

Stephen Skinner, Esq.
sskinner@skinnerfirm.com

Ramon Rozas, III, Esq.
rrozas@rozaslawoffice.com

/ s /
T. Lee Beeman, Jr., Bar Number: 19613