**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0946
MDD_ADCChambers@mdd.uscourts.gov

October 5, 2021

TO COUNSEL OF RECORD

Re: *Robert Winner v. Kelco Federal Credit Union*
Civil No. ADC-20-3420

Dear Counsel:

The Plaintiffs have filed a motion for attorneys' fees pursuant to this Court's Order Granting the Motion for Sanctions (ECF 28). ECF 29. The Defendant failed to file any opposition to the Motion for Attorneys' Fees. The Court has examined the motion and supporting documentation. The Court will GRANT the motion but has modified the amounts requested pursuant to Local Rules Appendix B (D.Md. 2021). The hourly rate for Stephen G. Skinner will remain as requested, at $475.00 per hour. The Court reduced the number of hours requested by 4.3 hours for a total of 14.9 hours. The Court reduced the hourly rate for Bryan Epps Ogilvie from the requested maximum of $300.00 per hour for an attorney with 5-8 years of experience, to $200.00 per hour since Ms. Ogilvie is at the bottom of that range with 5 years of experience. The Court strikes the request for payment to Levi Pellegrin as duplicative, reducing the amount requested by an additional $67.50. The Court reduced the hourly rate of Shawn Hogbin, a second year law student to $100.00 per hour. The time requested for Shawn Hogbin is further reduced by 7.41 hours for a total of 19.17 hours.

The total amount of attorneys' fees awarded to the Plaintiffs is $13,314.50. The matters set forth in the Motion for Attorneys fees do not represent any novel or complicated issues of law. There is no special skill set required of counsel. The Court finds that other than the modifications set forth above, the detail provided supports the award of attorneys' fees in the amount of $13,314.50 and represents reasonable expenditures of counsels' time.

Despite the informal nature of this letter, it is an ORDER of the Court and will be docketed accordingly.

Very truly yours,

*/s/ A. David Copperthite*

A. David Copperthite
United States Magistrate Judge