### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT WINNER and LYNNE WINNER, Individually and on behalf of all others similarly situated, | * <br> * |
| Plaintiffs | * |
| v. | *   Case No.: 1:20-CV-3420 |
| KELCO FEDERAL CREDIT UNION, | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE FOR DEFENDANT
### KELCO FEDERAL CREDIT UNION

Please enter the appearance of Ashley L. Voli, Carly A. Chick and Lewis Brisbois Bisgaard & Smith LLP as counsel for the Defendant, Kelco Federal Credit Union, in the above-captioned matter.

    Respectfully submitted,

*/s/Ashley L. Voli, Esquire*
Ashley L. Voli, Bar No.: 18642
Ashley.Voli@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, Maryland 21202
Telephone: 410-525-6400
Facsimile: 410-779-3910

*/s/Carly A. Chick*
Carly A. Chick, Bar No. 20211
Carly.Chick@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, Maryland 21202
Telephone: 410.525.6405
Facsimile: 410.779.3910

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of October, 2021, a copy of the foregoing Entry of Appearance for Defendant was served electronically via CM/ECF, to:

Stephen G. Skinner, Esquire
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414
304-725-7029
sskinner@skinnerfirm.com
*Attorneys for Plaintiff*

Ramon Rozas, III, Esquire
Rozas Law Office, LLC
103 S. Centre Street
Cumberland, MD 21502
rrozas@rozaslawoffice.com
*Attoneys for Defendant*

                                                                        */s/Ashley L. Voli*
                                                                         Ashley L. Voli