IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT WINNER, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Case No.: 1:20-cv-3420 |
| KELCO FEDERAL CREDIT UNION | : | |
| Defendant | : | |

**DEFENDANT'S SUPPLEMENTAL OPPOSITION TO MOTION FOR SANCTION OF DEFAULT IN ACCORDANCE WITH COURT'S SEPTEMBER 2, 2021 ORDER GRANTING PLAINTIFFS' UNCONTESTED MOTION FOR SANCTIONS**

Defendant, Kelco Federal Credit Union ("Kelco"), by and through its counsel, Ashley L. Voli, Carly A. Chick, and Lewis Brisbois Bisgaard & Smith, LLP, files this Supplemental Opposition to Plaintiffs' Motion for Sanction of Default in accordance with the Court's September 2, 2021 Order granting Plaintiffs' uncontested Motion for Sanctions, and in support thereof, states as follows:

1. On October 28, 2021, Kelco filed an Opposition to Plaintiff's Motion for Sanction of Default, detailing the diligent discovery efforts that had been made since the recent involvement of undersigned counsel on behalf of Kelco, including regular communications with Plaintiff's counsel and the production of 126 pages of emails.

2. In a continued good faith effort to comply with discovery since the retention of undersigned counsel, Kelco has informally produced a total of more than 1400 pages of documents to Plaintiff and a list identifying 12 individuals with balloon loan payments during the time period specified in Plaintiff's discovery requests to Kelco.

3. Additionally, Kelco expects that its ongoing investigation of information and documents sought in discovery will be completed within the next week, at which time Kelco intends to formally supplement its discovery responses to Plaintiff.

4. Under the circumstances, Kelco respectfully requests that this Honorable Court take into consideration its continued diligent good faith discovery efforts and ongoing communications with Plaintiff's counsel, and that the Court deny Plaintiff's Motion for Sanction of Default, as no such sanctions are warranted in this situation.

<div style="margin-left:50%">

Respectfully submitted,

*/s/ Ashley L. Voli*
Ashley L. Voli, Bar No. 18642
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, Maryland 21202
Telephone: 410.525.6396
Facsimile: 410.779.3910
E-mail: Ashley.Voli@lewisbrisbois.com


*/s/ Carly A. Chick*
Carly A. Chick, Bar No. 20211
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 Light Street, Suite 1300
Baltimore, Maryland 21202
Telephone: 410.525.6405
Facsimile: 410.779.3910
E-mail: Carly.Chick@lewisbrisbois.com

*Attorneys for Kelco Federal Credit Union*

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2021, a copy of the foregoing Supplemental Opposition to Motion for Sanction of Default in Accordance with the Court's September 2, 2021 Order Granting Plaintiffs' Uncontested Motion for Sanctions was served via-CMF/ECF to:

Stephen G. Skinner, Bar. No 20220
Skinner Law Firm
PO Box 487
Charles Town, WV 25414
304.725.7029
sskinner@skinnerfirm.com
*Attorneys for Plaintiff*

Romon Rozas, III, Esquire
Rozas Law Office LLC
103 S. Centre Street
Cumberland, MD 21502
301-759-1304
rrozas@rozaslawoffice.com
*Attorneys for Defendant*
*Kelco Federal Credit Union*

                                         */s/ Ashley L. Voli*_____
                                         Ashley L. Voli